RECEIVED
IN LAKE CHARLES, LA
JAN 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SEAN K. BORDELON | : | DOCKET NO. 2:05-cv-1874 |
| VS. | : | JUDGE MINALDI |
| JOEL D. ALEXANDRE, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion of Retaliation" be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of January, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE