RECEIVED
IN LAKE CHARLES, LA

FEB - 9 2006

ROBERT H SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SEAN K. BORDELON** | : | **DOCKET NO. 2:05 CV 1874** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOEL D. ALEXANDRE, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Having considered the petitioner's appeal [doc. 11] of the Magistrate Judge's Memorandum Order [doc. 7] denying appointment of counsel, the appeal is DENIED and the Motion for Appointment of Counsel [doc. 4] IS DENIED. The petitioner has not demonstrated exceptional circumstances which would warrant appointment of counsel.

Lake Charles, Louisiana, this 6 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE