RECEIVED
IN LAKE CHARLES, LA

APR 17 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| SEAN K. BORDELON | CIVIL ACTION NO. 05-1874-LC |
| VS. | SECTION "P" |
| JOEL D. ALEXANDRE, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE,** *sua sponte*, under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 13 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE